# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>EAN HOLDINGS, LLC,<br><br>Defendant. | PO-23-5165-GF-JTJ<br><br>VIOLATION:<br>E2029027<br>Location Code: M13<br><br>ORDER |

Based upon the unopposed motion of the United States and for good cause appearing, **IT IS HEREBY ORDERED** that the citation is **DISMISSED**.

**IT IS FURTHER ORDERED** that the initial appearance scheduled for December 7, 2023, is **VACATED**.

DATED this 4th day of December, 2023.

_____
John Johnston
United States Magistrate Judge